# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

January 9, 2018

Clerk
Magistrate Court of Fulton County
85 Central Ave SW TG-100
Atlanta, GA 30303

    **Re:** *South Hampton Estates, et al v. Bradshaw*
          Your Case Number: 1:17-cv-04812-AT

Dear Clerk:

Enclosed is a copy of an order entered by this court in the above-styled action remanding said action to your court.

                  Sincerely,

                  James N. Hatten
                  District Court Executive
                    and Clerk of Court

              By:  s/ Brittney Walker
                        Deputy Clerk

Enclosure